IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Plaintiff,

   v.

EION CAHO,

            Defendant.

ORDER

14-po-16-slc

---

     Defendant has been found liable on tickets 2036310 and 2036311.  Therefore, IT IS ORDERED that defendant Eion Caho shall pay a fine of $150 to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703 to be paid no later than 30 days from February 6, 2015.

     IT IS FURTHER ORDERED that defendant Caho's operator's license is suspended for six months beginning February 6, 2015.  A $25 criminal assessment fee is also imposed and is to be paid to the Clerk of Court immediately.

     Entered this 11th day of February, 2015.

                             BY THE COURT:

                             /s/

                             STEPHEN L. CROCKER
                             Magistrate Judge