| ☒ 1. **MV3029 - Court Order of Revocation/ Suspension** | Mail To: | Citations and Withdrawals |
|---|---|---|
| ☐ 2. **MV3435 - Conviction Status Report** | | Wisconsin Department of Transportation |
| MV3029 - 5/2010 / MV3435 - 5/2010 | | PO Box 7917 |
| | | Madison, WI 53707-7917 |

| 3. Court Name, Address, City, State, ZIP Code | 4. Court (Area Code) Telephone # | 5. Agent # |
|---|---|---|
| United States District Court<br>Western District of Wisconsin<br>120 North Henry Street<br>Madison, WI 53703 | 608-250-5427 | |
| | 6. County<br>Dane | 7. Court # |
| | 8. Court Case # | 9. Branch # |

| 10. Driver Name (First, MI, Last), Address, City, State, ZIP Code | 11. Birth Date | 12. Individual/Non |
|---|---|---|
| Eion M. Caho<br><br>Hampton, IL 61256 | 1985 | |
| | 13. Federal Employer Identification Number | |

| 14. Driver License Number | 15. Jurisdiction | 16. Race | 17. Sex | 18. Height | 19. Weight | 20. Hair | 21. Eyes |
|---|---|---|---|---|---|---|---|
| ( | IL | | | | | | |

**22. Withdrawal Order Basis**
- ☐ D       ☐ JEC
- ☐ FD      ☐ JID
- ☐ FPS     ☐ OTH
- ☐ IC      ☐ RMC
- ☐ ICU     ☐ T
- ☐ JA      ☐ UCD

25. Amount Due
- ☐ FPF:
- ☐ FPJ:
- ☐ FPN:

**23. Court Withdrawal Directive**
- ☐ 1 Failure to pay has been paid    Date paid:_____
- ☐ 2 Revocation/suspension reported in error
- ☐ 3 Vacate court order of revocation/suspension
- ☐ 13 Court ordered revocation/suspension
- ☐ 14 Court ordered rev/sus amended
- ☐ 17 Report driver license/vehicle restriction
- ☐ 18 Stay revocation/suspension
- ☐ 20 Remove driver license/vehicle restriction

**24. Court Violation Directive**
- ☐ 4 Vacate conviction
- ☐ 5 Reopened conviction set for further proceedings
- ☐ 6 Reopened conviction dismissed
- ☐ 7 Reopened conviction amended
- ☐ 8 Appealed conviction set for further proceedings
- ☐ 9 Appealed conviction dismissed
- ☐ 10 Appealed conviction affirmed
- ☐ 11 Conviction reported in error
- ☐ 12 Conviction reported in error and corrected
- ☒ 15 Report of conviction
- ☐ 16 Report of mandatory conviction

**MV3435 Only - Previously Reported Data**

| 26. Withdrawal Basis_____ | 27. Court Case #_____ | 28. Uniform Traffic Citation #_____ |
|---|---|---|
| 29. Violation Date_____ | 30. Statute #_____ | 31. Municipal Citation #_____ |
| 32. Conviction Date_____ | 33. Statute Severity_____ | 34. Local Ordinance #_____ |
| 35. Trans Rule_____ | 36. Trans Rule Severity_____ | 37. Operating as Class   A   B   C   D   M   O |
| 38. Description of Charge | | |

**Conviction Data**

| 39. Violation Date<br>6/12/2014 | 40. Uniform Traffic Citation # | 41. Municipal Citation #<br>A2036310 | 42. Criminal Complaint Issued<br>☐ Yes   ☒ No |
|---|---|---|---|
| 43. Conviction Date<br>2/11/2015 | 44. Statute #<br>Wis. Stat. 346.63(1)(a) | 45. Statute Severity | 46. DOT # |
| 47. Trans Rule | 48. Trans Rule Severity | 49. Local Ordinance # | 50. Hazmat # | 51. Zones<br>☐ School<br>☐ Construction<br>☐ Utility<br>☐ Railroad |
| 52. Description of Charge<br>Operating while intoxicated | | | 53. If Speeding MPH Over | |
| Operating As<br>54. Class   A   B   C   ☒   M   O | 55. Endorsement   F   H   N   P   S   T | | 56. Counts<br>___ of ___ | |

**Withdrawal Data**

| ☐ 57. Revoked   ☒ 58. Suspended | 59. Effective Date_____ | 60. Time Period ___6___<br>☐ Days ☒ Mths ☐ Years | 61. Effective Date Method<br>☐ 1 Consecutive |
|---|---|---|---|
| ☐ 62. Passenger under 16 in vehicle | 63. Prohibited Alcohol Content_____ | 67. Jail Time_____<br>☐ Days ☐ Mths ☐ Years | ☐ 2 Concurrent<br>☐ 3 Date of Notification by DOT |
| ☐ 64. Penalty Enhanced | 66. Refusal Date_____ | 68. ☐ IID Duration_____<br>☐ Days ☐ Mths ☐ Years | ☐ 4 Date of Application |
| 65. Accident Severity (when applicable):<br>☐ Fatality to another - F<br>☐ Personal Injury to another - PI<br>☐ Property Damage to another - PD | ☐ Person failed to request hearing<br>☐ Hearing held; Refusal unreasonable<br>☐ Court ordered assessment<br>☐ Refusal vacated | ☐ Vehicle Restriction<br>☐ Lic   ☐ Eff | ☐ 5 Consecutive & After Application<br>☐ 6 DOT Sets Date |

69. Special Instructions

X _____[signature]_____    5-13-15
(70. Judge or Court Clerk)    (71. Date)